Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Phone: (949) 312-1377**
**Email: ben@nexusbk.com**
**Bar Number: 297798**
**Attorney for Debtor**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

**Jason Robert Jurczyk**

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/04/2026    Jason Robert Jurczyk    [signature]
Printed name of Debtor 1    Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2